3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 4 2004

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA,           §
        Plaintiff-Respondent,        §
                                     §
vs.                                 §    CRIMINAL NO. B-97-208
                                     §
LAURO GARCIA,                       §
        Defendant-Movant,            §
    (Civil Action No. B–04-16).     §

### UNOPPOSED UNITED STATES' MOTION FOR EXTENSION OF TIME

The United States of America, Plaintiff-Respondent, by the United States Attorney for the Southern District of Texas, moves this court for a 30-day extension of time, to and including, June 14, to respond to Garcia's motion to vacate sentence under 28 U.S.C. § 2255.

This Court ordered the Government to respond to Garcia's motion to vacate, set aside, or correct sentence on or before May 14, 2004, and it ordered transcripts of the guilty plea and the sentencing record to be filed with the response. The Government ordered the transcripts on April 15, 2004, which to date have not yet been received. Reviewing the docket sheet in B-97-208, the transcripts of the guilty plea and sentencing have yet to be filed with the Court.

This request for extension is not for purpose of delay, but to prepare accurate briefing to aid the Court in the proper disposition of this motion. The undersigned has contacted the law office of the defense counsel and they do not oppose this extension.

For these reasons, the United States prays that its time for filing an answer to Garcia's motion to vacate sentence under 28 U.S.C. §2255 be extended to and including June 14, 2004.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

PAULA OFFENHAUSER
Bar # 15220500
Assistant U.S. Attorney
910 Travis, Suite 1500
P.O. Box 61129
Houston, Texas 77208

## CERTIFICATE OF SERVICE

I, Paula Offenhauser,  Assistant United States Attorney, do hereby certify that a true and correct copy of the above and foregoing has been served by placing same in the United States mail, postage prepaid, on this day, May 12, 2004,  addressed to: Ralph R. Martinez, Martinez&Martinez, 2900 Woodridge, Suite 306, Houston, Texas 77087.

Paula Offenhauser
Assistant United States Attorney