IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff-Respondent, | § | |
| | § | |
| vs. | § | CRIMINAL NO. B-97-208 |
| | § | |
| LAURO GARCIA, | § | |
|     Defendant-Movant, | § | |
| (Civil Action No. B-04-16) | § | |

## ORDER

The United States' motion for a 30-day extension of time to file its response to Garcia's petition under 28 U.S.C. § 2255 until June 14, 2004 is hereby GRANTED.

Done at Brownsville, Texas, this 17th day of May 2004.

_____
UNITED STATES MAGISTRATE JUDGE