UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff-Respondent, | § | |
| | § | |
| v. | § | CRIMINAL CASE NO. B-97-208 |
| | § | CIVIL CASE NO. B-04-16 |
| LAURO GARCIA, | § | |
| Defendant-Movant | § | |

**ORDER**

The Government has filed a response to Lauro Garcia's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence that fails to address all of the claims raised in the original motion. Specifically, the Government has failed to address Mr. Garcia's claims of ineffective assistance of counsel. The Government is hereby ordered to respond to the merits of the ineffective assistance of counsel claims in Garcia's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before August 1, 2004. Said response shall include the transcripts of the guilty plea and the sentencing record.

IT IS SO ORDERED.

DONE at Brownsville, Texas, this _____ day of July 2004.

Felix Recio
United States Magistrate Judge