UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 1 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| Plaintiff-Respondent, | § | |
| | § | CIV. ACTION NO. B-04-016 |
| v. | § | (CRIM. NO. B-97-208) |
| | § | |
| LAURO GARCIA, | § | |
| Defendant-Movant | § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. It is therefore ORDERED, ADJUDGED, and DECREED that the United States' Motion to Dismiss (Docket No. 5) is GRANTED and the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence (Docket No. 1) is hereby DENIED. Accordingly, Lauro Garcia's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence is hereby DISMISSED with prejudice.

DONE at Brownsville, Texas this 12 day of October, 2004.

Hilda G. Tagle
United States District Judge